

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00206-CR

| | | |
|---|---|---|
| KEVIN WAYNE POWELL, Appellant | § | On Appeal from the 213th District Court |
| | § | of Tarrant County (1563875R) |
| V. | § | November 18, 2021 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT ON REHEARING

After reviewing appellant Kevin Wayne Powell's motion for rehearing, we deny the motion. However, we withdraw our September 2, 2021 memorandum opinion and judgment and substitute the following. We also deny as moot Kevin Wayne Powell's motion for reconsideration en banc on the same issues.

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth